IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:    **09-cv-87-AP**

**GARY WERNER,**

                    Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:
Frederick W. Newall #10269, Esq.
730 N. Weber, #101
Colorado Springs, CO 80903
Telephone (719) 633-5211
newallfrederick@qwestoffice.net

For Defendant:
DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Telephone:   (303) 454-0184
kevin.traskos@usdoj.gov

SANDRA KRIDER
Special Assistant U. S. Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-0015
sandra.krider@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    A.     **Date Complaint Was Filed:**     January 16, 2009

    B.     **Date Complaint Was Served on U.S. Attorney's Office:**  February 9, 2009

    C.     **Date Answer and Administrative Record Were Filed:**  April 10, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**     Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:**     There are no issues with the accuracy or completeness of the Administrative Record.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See Plaintiff's statement in paragraph 4, above.

**Defendant states:**  None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

    None.

**8.     BRIEFING SCHEDULE**

    A.    **Plaintiffs Opening Brief Due:**    June 10, 2009

    B.    **Defendant's Response Brief Due:**    July 10, 2009

    C.    **Plaintiffs Reply Brief (If Any) Due:**    July 27, 2009

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiffs Statement:**  Plaintiff does not request oral argument.

    B.    **Defendant's Statement:**  Defendant does not request oral argument

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this  29th  day of  April, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| s/Frederick W. Newall<br>Frederick Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: newallfrederick@qwestoffice.net<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>Acting    United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Sandra Krider<br>   SANDRA KRIDER<br>   Special Assistant U. S. Attorney<br>   Office of the General Counsel<br>   Social Security Administration<br>   1961 Stout Street, Suite 1001A<br>   Denver, CO 80294<br>   Telephone: (303) 844-0015<br>   sandra.krider@ssa.gov<br>   Attorneys for Defendant. |
|---|---|