IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **09-cv-87-AP**

**GARY WERNER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

**ORDER**

Kane, J.

Defendant's Motion to Remand (doc. #18), filed July 13, 2009, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Motion for Order to Change ALJ on Remand (doc. #20), filed July 28, 2009, is also GRANTED.  Upon remand the claim shall be assigned to an ALJ who did not previously hear the matter.

Dated:  July 28, 2009.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT