## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:     **09-cv-00087-AP**

**GARY WERNER,**

                               Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                               Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter is before the Court on Plaintiff's Unopposed Motion For Attorney Fees Under EAJA (doc. #23), filed on August 28, 2009. The motion is **GRANTED**. It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$4,065.60**, to the Plaintiff, in care of the Plaintiff's attorney.

DATED at Denver, Colorado, this 3rd day of September, 2009.

                               BY THE COURT:

                               *s/John L. Kane*
                               JOHN L. KANE, SENIOR JUDGE
                               UNITED STATES DISTRICT COURT